# UNITED STATES DISTRICT COURT
for the

__Eastern__ District of __Virginia__

__Alexandria__ Division

FILED
2021 JUN 21 A 11: 43

Plaintiff(s):
MR. Jerome Julius Brown
Marriott Residence Inn Suite 611
Certificate of Assumed Registration 7803736
SECURE* SECURE 7680284554
PNC Bank

-v-

Defendant(s):
MHF Alexandria V LLC
Marriott CEO Anthony Capuano
MG- Mill Road LLC
Thomas H. Andrews Partnership

Case No. 1:21-cv-00743-AJT-JFA
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

Registered Agent
Corporation Service Company
100 Shockoe Slip 2nd Floor
Richmond Virginia 23219

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR THE CONVERSION OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

US Bounty # 1014

Name: Certificate of Assumed, Jerome Julius Brown
Street Address: 2345 Mill Road, Suite 611 Permanent Residence
City and County: Alexandria
State and Zip Code: Virginia 22314
Telephone Number: 703.310.1175   678.575.7710
E-mail Address: brittany.alexander@marriott.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: ATTN: MR. Robert A. Indeglia Jr
- Job or Title (if known): MHF Alexandria Virginia LLC
- Street Address: 300 Centerville Road Suite 300 East
- City and County: Warwick
- State and Zip Code: Rhode Island 02886
- Telephone Number: Shannon. Mistretta
- E-mail Address (if known): colo@marriott.com

Defendant No. 2
- Name: Mr. Anthony Capuano
- Job or Title (if known): Chief Executive and President
- Street Address: 10400 Fernwood Road
- City and County: Bethesda
- State and Zip Code: Maryland 20817
- Telephone Number: 800 422 0728
- E-mail Address (if known): Anthony.capuano@marriott.com

Defendant No. 3
- Name: MG-Mill Road, LLC
- Job or Title (if known): Grantor, and Grantee
- Street Address: 464 South Ulster Street Suite 1500
- City and County: Denver
- State and Zip Code: Colorado 80237
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Thomas H. Andrews Partnership
- Job or Title (if known): Grantor, and Grantee
- Street Address: 4157 Chain Bridge Road
- City and County: Fairfax
- State and Zip Code: Virginia 22030
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, (name) __US Bounty #1014, Jerome Julius Brown__, is a citizen of the State of (name) __Virginia, Successor,__

2. If the plaintiff is a corporation

   The plaintiff, (name) __US Bounty #1014 Jerome Julius Brown__, is incorporated under the laws of the State of (name) __N/A__, and has its principal place of business in the State of (name) __N/A__

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, (name) __MG-Mill Road, LLC__, is a citizen of the State of (name) __Colorado__. Or is a citizen of (foreign nation) _____

2. If the defendant is a corporation

   The defendant, (name) __MG-Mill Road, LLC__, is incorporated under the laws of the State of (name) __Colorado__, and has its principal place of business in the State of (name) __Colorado__
   Or is incorporated under the laws of (foreign nation) __N/A__,
   and has its principal place of business in (name) __Virginia__.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

QuitClaim DEED, Recording Requested by Edward Semonian Clerk, Circuit Recorded Mail to Alexus US Couriers & Title Services Grantees This QuitClaim Deed, Executed on Jan 4th 2019 Grantor MG Mill Road LLC case comments, Brown, Jerome v. Residence Inn by Marriott

III. **Statement of Claim**

A. Describe the property that you own that is the subject of this complaint, including its value. $40,545.700

Lot Size Sq Ft 32511, Zoning CDD #2, Year Built 2008, Construction Excellent Building condition Excellent, HVAC warm and cool Air Zone, Building type Hotel, Gross Building Area Sq Ft 126.390 Date of Query June 17, 2021

B. How and when did you come to own the property?

Certificate of Assumed, Registration No. 7803736, Melissa Lised Benitez, Notary Public Commonwealth of Virginia, Alexandria Circuit Court, Acknowledgment 05232019 Jerome Julius Brown owner Marriott Residence Inn at Carlyle

C. How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property.

Sale Date 07 21 2006 Grantor MG Mill Road LLC
Sale Date 07 21 2006 Grantor MG Carlyle Hotel Inc
Sale Date 07 18 2006 Grantor Thomas H. Andrews Partnership
Sale Date 05 24 2006 Grantor Thomas H. Andrews Partnership

D. *(If the defendant(s) rightfully came into possession of the property):* Describe how and when you notified the defendant(s) that the property belonged to you. Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s). Attach a copy of any written correspondence with the defendant(s), if such copies exist.

Outlined Acknowledgement of Receipt caption Jerome Julius Brown Sr. v. SMC President Ronald T. Frank et al case ## 1:18-cv-370 Criminal complaint unexecuted by US Marshal, based on Facts Marriott credit card Authorization form Filed 04 30 2018 told to notice amended one year stay, defendants Atty John T. Franum Amended. Subpoena civil Action 1:21-cv-475 will call motion 1:18-cv-370

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Claims 7 cases Judicial Default Entitled Suite #611.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _JUNE 21TH 2021_

Signature of Plaintiff: _MARRIOTT RESIDENCE INN Jerome Julius Brown SR_
Printed Name of Plaintiff: _MARRIOTT RESIDENCE INN JEROME Julius BROWN SR_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____