IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEROME JULIUS BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:21-cv-00743 (AJT/JFA) |
| MHF ALEXANDRIA VIRGINIA LLC, *et al.*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

On June 21, 2021, Plaintiff Jerome Julius Brown ("Brown") filed a complaint for the conversion of property against several unidentifiable Defendants. On July 28, 2010, however, the Court issued a Standing Order, which limits Brown to having one case pending at a time in this District absent a bona fide emergency. *See In re Brown*, No. 3:10-mc-10 (E.D. Va. July 28, 2010) [Doc. No. 3] (the "Standing Order") ("If Brown submits a new case that does not comply with this Order and all applicable rules, including the submission of a new case while he has a pending case, such new case will be filed for the administrative record of the Court and, thereafter, will be dismissed without prejudice for failure to comply with this Order and with the applicable rules, with no further review."); *see also In re Brown*, 413 F. App'x 625 (4th Cir. 2011) (affirming Judge Payne's July 28, 2010 Standing Order); *In re Brown*, No. 3:10-mc-10, 2010 WL 11530929, at *1 (E.D. Va. Sept. 20, 2010). Upon review of the active docket in this district, Brown currently has a case pending in this Court. *See Brown v. Pavlik, Jr. et al,* Case No. 1:21-cv-00509-CMH-TCB. As such, it is hereby

ORDERED that this matter be filed for the administrative record of the Court and be, and the same hereby is, **DISMISSED** without prejudice for failure to comply with this Order and with the applicable rules.

The Clerk is directed to forward a copy of this Order to all counsel of record and *pro se* Plaintiff.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 23, 2021