IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEROME JULIUS BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:21-cv-00743 (AJT/JFA) |
| MHF ALEXANDRIA VIRGINIA LLC, *et al.*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# **ORDER**

Pending before the court is Plaintiff Jerome Julius Brown's ("Brown") Motion to Open [Doc. No. 4], which the Court has considered as motion for reconsideration of its Order entered on June 23, 2021[Doc. No. 3], dismissing this action with prejudice pursuant to the Court's July 28, 2010 Standing Order, which limits Brown to having one case pending at a time in this District absent a bona fide emergency, *see In re Brown*, No. 3:10-mc-10 (E.D. Va. July 28, 2010) [Doc. No. 3]. Given that Brown continues to have a case pending in this Court, *see Brown v. Pavlik, Jr. et al,* Case No. 1:21-cv-00509-CMH-TCB, and he has presented no emergency or any other reason for re-opening this action, it is hereby

ORDERED that Brown's Motion to Re-Open be, and the same hereby is, DENIED.

The Clerk is directed to forward a copy of this Order to all counsel of record and *pro se* Plaintiff.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 1, 2021